# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

CALVIN E. BAKER,

     Plaintiff,

v.                                                    CASE NO. 3:19cv561-MCR-EMT

CORIZON HEALTH, et al.,

     Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated April 26, 2019.  ECF No. 12.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  *See* ECF Nos. 17, 18.  The Court has made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Chief Magistrate Judge's Report and Recommendation, ECF No. 12, is adopted and incorporated by reference in this Order.

2.      Plaintiff's "Motion for a Temporary Restraining Order and a Preliminary Injunction", ECF No. 6, is **DENIED without prejudice**.

**DONE AND ORDERED** this 10th day of July 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**