UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

**CALVIN E. BAKER,**

    **Plaintiff,**

**v.**                                                      Case No. 3:19cv561-TKW-EMT

**CORIZON HEALTH and DR.
NICHOLAS DELGADO,**

    **Defendants.**

    _____/

## **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 30) and the objections filed by Plaintiff (Doc. 32). Based on my de novo review of the issues raised in the objections, I agree with the magistrate judge that (1) Plaintiff's second-amended complaint (Doc. 25) fails to state a plausible federal claim against either Defendant, and (2) the Court should decline to exercise supplemental jurisdiction over the related state law claims alleged in the second-amended complaint. Accordingy, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this Order.

2. The federal claims in the second-amended complaint are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted.

3. The state law claims in the second-amended complaint are **DISMISSED without prejudice** to Plaintiff pursuing those claims in state court.

4. All pending motions are **DENIED as moot**.

5. The Clerk shall **CLOSE** the case file.

**DONE and ORDERED** this 6th day of August, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**